**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-22963-JAD |
| | ) | |
| Robert R. Epps | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| Robert R. Epps | ) | |
|    Movant | ) | Hearing Date & Time: May 26, 2021 |
| | ) |                           11:00 A.M. |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent | ) | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING MOTION TO DISMISS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss, filed on April 21, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Dismiss appears thereon. Pursuant to the Notice of Hearing, a response to the Motion to Dismiss was to be filed and served no later than May 10, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Dismiss be entered by the Court.

Dated: **May 11, 2020**　　　　　　　　　　　By:　　**/s/ Albert G. Reese, Jr., Esq.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Albert G. Reese, Jr., Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PA ID #93813
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Law Office of Albert G. Reese, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　640 Rodi Road, FL. 2, Suite 2
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15235
　　　　　　　　　　　　　　　　　　　　　　　　　　　　412-241-1697 (telephone)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　412-241-1687 (fax)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　areese8897@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor