**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ROBERT R. EPPS <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:20-22963 JAD <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/17/2020 and confirmed on 12/28/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 12,746.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 12,746.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,742.19 | |
|     Trustee Fee | 828.47 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,570.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   MIDFIRST BANK SSB* <br>     Acct: 2712 | 0.00 | 2,373.90 | 0.00 | 2,373.90 |
|   CITIBANK NA - TRUSTEE I/T/F REG HOLDEI <br>     Acct: 9591 | 0.00 | 3,300.52 | 0.00 | 3,300.52 |
|   MIDFIRST BANK SSB* <br>     Acct: 2712 | 0.00 | 3,500.92 | 0.00 | 3,500.92 |
|   CITIBANK NA - TRUSTEE I/T/F REG HOLDEI <br>     Acct: 9591 | 1,105.66 | 0.00 | 0.00 | 0.00 |
|   MIDFIRST BANK SSB* <br>     Acct: 2712 | 6,296.33 | 0.00 | 0.00 | 0.00 |
|   COUNTY OF ALLEGHENY (R/E TAX)* <br>     Acct: C129 | 4,102.80 | 0.00 | 0.00 | 0.00 |
|   WILKINSBURG BOROUGH (RE) <br>     Acct: C129 | 12,615.39 | 0.00 | 0.00 | 0.00 |
|   WILKINSBURG BOROUGH (MUN SVC FEE) <br>     Acct: C129 | 1,956.58 | 0.00 | 0.00 | 0.00 |
|   WILKINSBURG SD (WILKINSBURG) (RE) <br>     Acct: C129 | 8,725.26 | 0.00 | 0.00 | 0.00 |

| 20-22963 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | WILKINSBURG SD (WILKINSBURG) (RE) | 28,250.95 | 0.00 | 0.00 | 0.00 |
| | Acct: C129 | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 3,630.18 | 0.00 | 0.00 | 0.00 |
| | Acct: C129 | | | | |
| | HOMESTEAD BOROUGH (SWG) | 530.36 | 0.00 | 0.00 | 0.00 |
| | Acct: D161 | | | | |
| | HOMESTEAD BOROUGH (SWG) | 85.82 | 0.00 | 0.00 | 0.00 |
| | Acct: D161 | | | | |
| | | | | | 9,175.34 |
| Priority | | | | | |
| | ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERT R. EPPS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAW OFFICE OF ALBERT G REESE JR | 2,800.00 | 2,742.19 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COURT OF COMMON PLEAS - ALLEGHENY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6255 | | | | |
| | PENN HILLS SD (PENN HILLS) (EIT)** | 1,922.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 9627 | | | | |
| | PENN HILLS MUNICIPALITY (EIT)** | 4,806.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 9627 | | | | |
| | ***NONE*** | | | | |
| Unsecured | | | | | |
| | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4183 | | | | |
| | CHASE AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1409 | | | | |
| | CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9940 | | | | |
| | CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0589 | | | | |
| | CITIMORTGAGE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9637 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2590 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1736 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1730 | | | | |
| | LINCOLN AUTOMOTIVE FINANCIAL SERVIC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6169 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 297.59 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | DUQUESNE LIGHT COMPANY* | 28,913.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 9627 | | | | |
| | BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ***NONE*** | | | | |

TOTAL PAID TO CREDITORS                                                                                                         9,175.34

```
TOTAL CLAIMED
  PRIORITY              6,728.80
  SECURED              67,299.33
  UNSECURED            29,211.28
```

Date: 06/17/2021    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com